Same case below, 644 F.3d 1054.

**No. 11-564. Florida, Petitioner v. Joelis Jardines.**

565 U.S. 1104, 132 S. Ct. 995, 181 L. Ed. 2d 726, 2012 U.S. LEXIS 7.

January 6, 2012. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Florida granted limited to Question I presented by the petition.

Same case below, 73 So. 3d 34.

**No. 11-275. Benjamin Bluman, et al., Appellants v. Federal Election Commission.**

565 U.S. 1104, 132 S. Ct. 1087, 181 L. Ed. 2d 726, 2012 U.S. LEXIS 310.

January 9, 2012. Appeal from the United States District Court for the District of Columbia. Judgment affirmed.

Same case below, 800 F. Supp. 2d 281.

**No. 10-11217. Musa Abdul Ikharo, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1104, 132 S. Ct. 997, 181 L. Ed. 2d 726, 2012 U.S. LEXIS 118.

January 9, 2012. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Judulang v. Holder, 565 U.S. 42, 132 S. Ct. 476, 181 L. Ed. 2d 449 (2011).

Same case below, 614 F.3d 622.

**No. 11-135. Michael Frederick, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1105, 132 S. Ct. 999, 181 L. Ed. 2d 726, 2012 U.S. LEXIS 285.

January 9, 2012. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Judulang v. Holder, 565 U.S. 42, 132 S. Ct. 476, 181 L. Ed. 2d 449 (2011).

Same case below, 644 F.3d 357.

**No. 11-144. Khalid Umer, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1105, 132 S. Ct. 1000, 181 L. Ed. 2d 726, 2012 U.S. LEXIS 121.

January 9, 2012. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Judulang v. Holder, 565 U.S. 42, 132 S. Ct. 476, 181 L. Ed. 2d 449 (2011).

Same case below, 417 Fed. Appx. 403.